IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEVIN BEAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cv-02018-SMY-DGW |
| | ) | |
| WATCO COMPANIES, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S MOTION TO DISMISS**

COMES NOW Defendant, WATCO Transloading, L.L.C., improperly named in Plaintiff, Kevin Beam's First Amended Complaint as WATCO Companies, L.L.C.[1], by and through its undersigned counsel, pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6), and respectfully moves this Court for an Order dismissing any and all of Plaintiff's claims for punitive damages, any and all of Plaintiff's claims under the general maritime law claim of unseaworthiness and allegations made by Plaintiff in ¶¶16(h) and 22(k) of his First Amended Complaint.

As discussed in more detail in the Memorandum of Law in Support of Defendant WATCO Transloading, L.L.C.'s Motion to Dismiss, Plaintiff's Complaint is deficient in several ways, each warranting dismissal. As a matter of law, Plaintiff is not entitled to punitive damages under the Jones Act, his sole remedy for relief as a seaman for any alleged negligence of his employer. The circumstances of Plaintiff's alleged injury, as pled by Plaintiff, do not allow for any relief under the general maritime law claim of unseaworthiness. Plaintiff's claim for

---

[1] Defense counsel has alerted Plaintiff's counsel, Mr. Roland Christensen, of the improperly named WATCO entity in Plaintiff's First Amended Complaint. Plaintiff's counsel has stated that he will file another Amended Complaint, by consent, properly naming Plaintiff's employer, WATCO Transloading, L.L.C., as the defendant in this case. This amendment has no bearing on the issues raised in this Motion to Dismiss.

punitive damages related to WATCO's alleged failure to pay maintenance and cure are insufficiently pled. His claims in ¶¶16(h) and 22(k) are pled in violation of the pleading standards of Rule 8(a)(2). Accordingly, the above claims should all be dismissed.

WHEREFORE, Defendant WATCO Transloading, L.L.C. respectfully requests that the Court enter an Order dismissing any and all of Plaintiff's claims for punitive damages, any and all of Plaintiff's claims under the general maritime law claim of unseaworthiness and allegations made by Plaintiff in ¶¶16(h) and 22(k) of his First Amended Complaint.

/s/ Ronald E. Fox
Ronald E. Fox, #06181968
Stanislav Levchinsky, 6326494
FOX GALVIN, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO  63102
314-588-7000
314-588-1965 (Fax)
rfox@foxgalvin.com
slevchinsky@foxgalvin.com

Attorneys for Defendant

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of November, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to the following counsel of record:

| | |
|---|---|
| Mr. Peter J. Flowers | Mr. Kurt Arnold |
| Mr. Jonathan P. Mincieli | Mr. Micajah "Caj" Boatright |
| Meyers & Flowers, LLC | Mr. Roland T. Christensen |
| 3 North Second Street | Arnold & Itkin, LLP |
| Suite 300 | 6009 Memorial Drive |
| St. Charles, IL 60174 | Houston, TX 77007 |

Attorneys for Plaintiff

/s/ Ronald E. Fox