IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN BEAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:18-cv-02018-SMY |
| | ) |
| WATCO TRANSLOADING, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S WITNESS LIST**

Defendant WATCO Transloading, LLC, expects to call the following witnesses at trial (unless "by deposition" is indicated, witnesses will testify live or via Zoom or other videoconference software as instructed by the Court):

1. David Robson, M.D. 3009 N. Ballas Rd., Bldg. A, Ste. 320, St. Louis, MO 63131.

2. John Mattingly, M.D. 38 Westwood Ct., St. Louis, MO 63131. (314) 770-9393.

3. Martin Boyer, M.D. 425 S. Euclid, Suite 5505, St. Louis, MO 63110. (314) 514-3500.

4. Rik van Hemmen. 620 Shrewsbury Ave., Tinton Falls, NJ 07701. (732) 530-1238.

5. Frank J. Reedy, CPA/ABV, CVA. 7041 Forsyth, University City, Missouri 63105. (314) 880-9337.

6. Rebecca A. Reier BS RN, CRNA (Ret.), CCS-P. 6995 St Rt. 49 N, Greenville, OH 45331. (937) 548-3064.

1. James Krieg, M.D. (by deposition). 2319 Old Plank Rd, Chester, IL 62233. (618) 826-2388.

    2.       Jodi B. Buskohl, DC (by deposition). 2447 State St, Chester, IL 62233. (618) 826-5475.

    3.       Jamie Hess, PA-C (by deposition). 2319 Old Plank Rd, Chester, IL 62233. (618) 826-2388.

    4.       Karen Splane, RN (by deposition). P.O. Box 8472, Paducah, KY 42002. (270) 554-7910.

    5.       Brett Prywitch, M.D. (by deposition). 1900 State Street, Chester, IL 62233

    6.       John Wingerter (by deposition). 262 Cora Road Rockwood, IL 62280. (618) 763-4798.

    7.       Officer James Winters (by deposition). 1330 Swanwick St, Chester, IL 62233. (618) 826-5454.

    8.       Donald Cheatham. 262 Cora Road Rockwood, IL 62280. (618) 763-4798.

    9.       Victoria Do (by deposition). 4200 Twelve Oaks Pl, Houston, TX 77027. (713) 795-4884.

Defendant WATCO Transloading, LLC may call the following witnesses at trial if the need arises:

    10.      Gary Dudenbostel. 262 Cora Road Rockwood, IL 62280. (618) 763-4798.

    11.      Christopher Spear. 315 W 3rd St, Pittsburg, KS 66762. (620) 231-2230.

    12.      Swastik K. Sinha, M.D (by deposition). 510 Lincoln Dr., Herrin, IL 62948.

    13.      John Korando. 262 Cora Road Rockwood, IL 62280. (618) 763-4798.

    14.      Mark Williams. 262 Cora Road Rockwood, IL 62280. (618) 763-4798.

    15.      Jamie Wilson. 262 Cora Road Rockwood, IL 62280. (618) 763-4798.

16. Robert Panico, M.D. 1900 State Street, Chester, IL 62233.

17. Abiodun Sangoseni, M.D. 1900 State Street, Chester, IL 62233

18. John Turk, M.D. 1900 State Street, Chester, IL 62233

19. Nathan Tobey. 262 Cora Road Rockwood, IL 62280. (618) 763-4798.

20. Marcus Kuhlman. 262 Cora Road Rockwood, IL 62280. (618) 763-4798.

Defendant WATCO Transloading, LLC reserves the right to call any witness listed by Plaintiff to develop evidence in support of Defendant's position or to refute Plaintiff's claims.

/s/ Ronald Fox
Ronald E. Fox, #06181968
Stanislav Levchinsky, #6326494
FOX SMITH, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO  63102
314-588-7000
314-588-1965 (Fax)
rfox@foxsmithlaw.com
slevchinsky@foxsmithlaw.com

Attorneys for Defendant

CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th day of November, 2021, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and via electronic mail to the following counsel of record:

| | |
|---|---|
| Mr. Peter J. Flowers | Mr. Kurt Arnold |
| Mr. Jonathan P. Mincieli | Mr. Micajah "Caj" Boatright |
| Meyers & Flowers, LLC | Mr. Roland T. Christensen |
| 3 North Second Street | Ms. Alison Baimbridge |
| Suite 300 | Ms. Samantha Demuren |
| St. Charles, IL 60174 | Arnold & Itkin, LLP |
| | 6009 Memorial Drive |
| Attorneys for Plaintiff | Houston, TX 77007 |

/s/ Ronald E. Fox