# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN BEAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-CV-2018-SMY |
| | ) |
| WATCO TRANSLOADING, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

This matter having come to trial before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Kevin Beam and against Defendant Watco Transloading, LLC in the amount of **$5,051,471.24** pursuant to this Court's Order dated November 8, 2022 (Doc. 186).

Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** November 8, 2022

MONICA A. STUMP, Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:** _____
**STACI M. YANDLE**
**DISTRICT JUDGE**