IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN BEAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-CV-2018-SMY |
| | ) |
| WATCO TRANSLOADING, INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER

This matter is before the Court for consideration of Defendant Watco Transloading, Inc.'s Motion to Stay Execution of Judgment and Payment of Fees and Costs Pending Appeal (Doc. 202). Plaintiff Kevin Beam has not responded to the motion, and the time for doing so has passed.

Following a bench trial, this Court awarded Plaintiff Kevin Beam $5,051,471.24 in damages against Defendant Watco (Doc. 186). Judgment was entered on November 8, 2022 (Doc. 187), and Watco filed a Notice of Appeal on December 7, 2022 (Doc. 189). Watco now requests that the Court enter an order staying execution of judgment, to be secured by a $5,000,000 liability insurance policy issued by Navigators Insurance Company.

Pursuant to Federal Rule of Civil Procedure 62(b), a party may obtain a stay of a monetary judgment pending appeal by posting a bond or other security. In deciding whether to issue such a stay, the district court generally considers: (1) whether there has been a showing of likelihood of success on appeal; (2) the likelihood of irreparable harm absent a court order; (3) the harm to other parties from a possible court order; and (4) the public interest. *Hilton v. Braunskill,* 481 U.S. 770, 776 (1987). Upon consideration of the *Hilton* factors, the Court finds that a stay is appropriate in this case.

Accordingly, Defendant's Motion to Stay Execution of Judgment and Payment of Fees and Costs Pending Appeal (Doc. 202) is **GRANTED**.  Defendant shall file a copy of Navigators Insurance Company policy number NY17MPK00329601 with the Clerk of Court *Instanter*.

**IT IS SO ORDERED.**

**DATED: February 6, 2023**

*/s/ Staci M. Yandle*

**STACI M. YANDLE**
**United States District Judge**